UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MINOR,<br><br>          Plaintiff,<br><br>     vs.<br><br>EDWIN KAINTH, *et al*,<br><br>          Defendants. | Case No.: 1:13-cv-0255-AWI-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING ACTION TO MERCED SUPERIOR COURT<br><br>(Doc. 50) |

Defendants Edwin Kainth aka Edwin Anthony, Lal Kasturi, Sonya Gutierrez, Max's Partnership Ltd aka Kainth Management aka Suriander Kumar/Kainth Management, Courtyard by Marriott Merced aka Courtyard Marriott Merced, Inc., Marriott International Inc. and DOES 1 to 10, inclusive (collectively "Defendants")[1] removed this action to federal court pursuant to federal question jurisdiction on February 28, 2013.

On March 22, 2013, Plaintiff Angela Minor filed a motion to remand. The matter was referred to United States Magistrate Judge Barbara A. McAuliffe pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On June 10, 2013, the Magistrate Judge issued Findings and Recommendations that

---

[1]  Defendant Sonya Gutierrez and the various aliases of certain other Defendants were inadvertently omitted from the Magistrate Judge's Findings and Recommendations.  To clarify, this order as well as the Magistrate Judge's Findings and Recommendations apply to all proper Defendants listed in the caption of Plaintiff's complaint.

1

the Motion be GRANTED and the matter be remanded to the Merced County Superior Court for further proceedings.  (Doc. 50). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service. More than fifteen days have passed and no party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued June 10, 2013, are adopted in full;
2. Plaintiff's Motion to Remand is GRANTED;
3. All pending motions are terminated;
4. This action is remanded to the Merced County Superior Court of California, for all further proceedings; and
5. The Clerk of the Court is directed to close this case.

.

IT IS SO ORDERED.

Dated: July 9, 2013

SENIOR DISTRICT JUDGE

2